IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE DAVID DIAZ FERNANDEZ

CASE NO. 23-01946-MCF

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0.00

PLAN DATE: June 27, 2023          PLAN BASE: $14,100.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 9/8/2023

☐ FAVORABLE            [X] UNFAVORABLE

**1. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

Plan does not provide for shares with Coop San Jose claim #4.

**2. [X] DOMESTIC SUPPORT OBLIGATION:**

• Post-petition payments § 1325(a)(8): Debtor has provided a letter from DSO recipient that informs the amount paid for child support of $100 bi-weekly, however, does not inform if debtor is current with his post-petition payments.

**3. [X] FAILS SECTION 1325(a)(9):**

• IRS Tax Returns: Provide evidence of filing 1040 PR federal taxes for 2019-2022. Debtor has provided copy of the 1040 PR for 2021, however, does not bear the filing of the return.

**[X] OTHER:**

(1) In order to review debtor's financial affairs, debtor needs to file the business income and expenses sheet. Provide also, evidence of the expenses since they were not disclose in the income sheet prepared by debtor and submitted to trustee. (2) The amended schedule J, does not include expenses for Taxes. (3) Debtor receives income from the sale of lunch in cash and ath movil. Provide copy of the last 3 months of bank statements of COOP Oriental. He testified he only sells lunch 3 days a week and from 20-25 lunches a day for a price of $10.00. 4) Amend SOFA to include that debtor sold his business to his brother in the amount of $6,000. (5) This meeting is held open until 10/27/2023 pursuant 1308. After this date the meeting is deemed closed.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty:  ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA