IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 23-01946-MCF13 |
| JOSE DAVID DIAZ FERNANDEZ | Chapter 13 |
| xx-xx-8688 | |
| Debtor(s) | FILED & ENTERED ON OCT/23/2023 |

ORDER & NOTICE

The Debtor is ordered to reply, within 30 days, to the Trustee's unfavorable recommendation. The confirmation hearing is re-scheduled to February 8, 2024, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances found on the homepage of our Website at https://www.prb.uscourts.gov/.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of October, 2023.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge