IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE DAVID DIAZ FERNANDEZ

DEBTOR(S)

CASE NO. 23-01946-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is: $ 0.00

3. The general unsecured pool is: $ 0.00

AMENDED PLAN DATE: September 25, 2023      PLAN BASE: $14,100.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 1/10/2024

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] DOMESTIC SUPPORT OBLIGATION:**

• Post-petition payments § 1325(a)(8): Provide evidence of being current with post-petition payments with recipient Erika Andino in the amount of $100 bi weekly from January 2024 until confirmation of the case.

**[X] OTHER:**

(1) Debtor receives income from the sale of lunch in cash and ath movil. Provide copy of the last 3 months of bank statements of COOP Oriental. He testified he only sells lunch 3 days a week and from 20-25 lunches a day for a price of $10.00. (2) Plan part Plan proposes at part 8.4, to pay the amount of $519.97 to Coop A/C San Jose for post-petition payments. Creditor has filed a claim #4 and said claim does not include any post-petition amount. Trustee will not make any disbursement to said creditor for post-petition payment until an amended claim be filed by creditor including post-petition payments.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA