IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE DAVID DIAZ FERNANDEZ

DEBTOR(S)

CASE NO.  23-01946-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0.00

AMENDED PLAN DATE: September 25, 2023      PLAN BASE: $14,100.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 2/13/2024

[ ] FAVORABLE      [X] UNFAVORABLE

**1. [X] INSUFFICIENTLY FUNDED § 1325(b):**

The plan is insufficiently funded to pay priority creditors.

**2. [X] DOMESTIC SUPPORT OBLIGATION:**

• Post-petition payments § 1325(a)(8): Provide evidence of being current from Februrary and up to confirmation of the case.

**[X] OTHER:**

Plan needs to be amended in order to include the new amount of shares per amended claim # 4 -2 filed by creditors Coop A/C San Jose.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez
USDC # 222611

Atty: ROBERTO FIGUEROA

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA